UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 99-3 (KPF) |
| JOSE MARIA CASTILLO BERRIO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has been informed that Mr. Castillo Berrio wishes to substitute his counsel.  Accordingly, Mr. Castillo Berrio and his attorney are ORDERED to appear for a conference on May 12, 2022, at 12:00 p.m. to discuss this representation issue.  The conference will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  May 6, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge