UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOSE MARIA CASTILLO BERRIO,<br><br>Defendant. | 21 Cr. 99-3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a change of plea hearing on **January 11, 2023, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  January 3, 2023
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge