# The Law Offices of Steven E. Lynch
125 Maiden Lane, Suite 5C
New York, NY 10038
Telephone: (212) 498-9494
Fax: (212) 498-9320
steven@stevenelynch.com

March 14, 2023

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *United States v. Jose Maria Castillo Berrio*, 21 Cr. 99 (KPF)

Dear Judge Failla,

    Your Honor is currently scheduled to sentence Mr. Castillo Berrio on April 18, 2023.  I write to respectfully ask the Court to adjourn Mr. Castillo Berrio's sentencing for 30 days.  The government consents to this request.  There have been no previous requests for an adjournment.

    I was engaged in trial before Judge Allyne R. Ross in the Eastern District of New York in *United States v. Mohamed Tahlil Mohamed*, 18 Cr. 603 (ARR) from February 6, 2023 until February 24, 2023, delaying Mr. Castillo Berrio's presentence interview.  A 30-day adjournment of sentence will provide defense counsel with a sufficient period of time to review the presentence report with Mr. Castillo Berrio and prepare his sentencing submission to the Court.

    For these reasons, I respectfully request an adjournment until the third week of May and a corresponding adjustment of the due date for sentencing submissions.  As noted, the government consents to the adjournment.  Thank you for your consideration.

Respectfully submitted,

Steven E. Lynch
*Attorney for Jose Castillo Berrio*

Cc:    AUSA Jacob Gutwillig  (by ECF)
        AUSA Kyle Wirshba (by ECF)
        USPO Stephanie M. McMahon (by ECF)

Application GRANTED.  The sentencing hearing scheduled to take place on April 18, 2023, is hereby **ADJOURNED to May 18, 2023, at 3:00 p.m.**  Defendant shall submit his sentencing submission on or before **May 4, 2023,** and the Government shall submit its sentencing submission on or before **May 11, 2023.**

The Clerk of Court is directed to terminate the pending motion at docket entry 97.

Dated:    March 14, 2023        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE